BEFORE THE FIRST DIVISION, JANUARY 28, 1964

No. 68271.—Ross Products, Inc. v. United States, protest 60/14522 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

No. 68272.—Chong Kee Jan Company and Joseph A. Paredes & Co. v. United States, protest 61/20549 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 28, 1964

No. 68273.—Universal Atlas Cement Division, United States Steel Corporation v. United States, protest 60/7605 (Pittsburgh).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electronic feed controls similar in all material respects to those the subject of *Charles M. Schayer* v. *United States* (44 Cust. Ct. 134, C.D. 2167), the claim of the plaintiff was sustained.